IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK GALLEGOS,

    Plaintiff,

v.                                                                                              Civ. No. 14-291 LH/KK

SHELBY TYGART *et al.,*

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court on a review of the record. Plaintiff's counsel, Defendant Tygart *pro se*, and Defendant Coastal Processing, L.L.C. shall appear before me at a telephonic status conference on **February 4, 2015 at 3:30 p.m.** Plaintiff's counsel and Defendants are to call my conference line at (505) 348-2347 to connect to the proceedings.

Plaintiff's counsel is responsible for timely providing notice of this order to Defendant Coastal Processing, L.L.C., which has not yet entered an appearance in the case.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE